# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

GARY E. RIDENS and GERALDINE RIDENS.,
       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    3:15-CV-178

STATE FARM FIRE AND CASUALTY COMPANY,
       Defendant.

✓ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

IT IS ORDERED AND ADJUDGED that the jury unanimously finds that the defendant, STATE FARM FIRE AND CASUALTY COMPANY, has not proven by a preponderance of the evidence that plaintiffs, GARY E. RIDENS and GERALDINE RIDENS intentionally or willfully set fire to the insured property or participated in or consented to the willful burning of the property. The jury unanimously finds that the defendant, STATE FARM FIRE AND CASUALTY COMPANY, has not proven by a preponderance of the evidence that plaintiffs, GARY E. RIDENS and GERALDINE RIDENS, willfully concealed or misrepresented any material fact or circumstance during the investigation of the fire loss, including during their examinations or statements under oath or proof of loss.

Upon stipulation between the defendant, STATE FARM FIRE AND CASUALTY COMPANY, and the plaintiffs, GARY E. RIDENS and GERALDINE RIDENS, the plaintiffs, GARY E. RIDENS and GERALDINE RIDENS, shall recover from the defendant, STATE FARM FIRE AND CASUALTY COMPANY, damages in the amount of ONE HUNDRED EIGHTY-SEVEN THOUSAND, NINE HUNDRED EIGHTEEN DOLLARS and TWENTY-NINE CENTS ($187,918.29).

April 20, 2017
*Date*

ENTERED    Debra C. Poplin, Clerk of Court

By:    s/Julie Norwood
       *Deputy Clerk*